IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COOPERATIVE FINANCE ASSOCIATION, The, Inc., | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3127 |
| v. | ) ) ) | |
| OPPLIGER FEEDERS, LLC, NORTH PLATTE LIVESTOCK FEEDERS, LLC, and THE SCOULAR COMPANY, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

It has come to the court's attention that the hyper-link in paragraph 14 of the initial progression order entered December 29, 2008 (filing no. 41) links to the incorrect case and document.

IT THEREFORE HEREBY IS ORDERED,

The clerk is directed to strike the initial progression order (filing no. 41) and the order will be refiled.

DATED this 7th day of January, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge