IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE COOPERATIVE FINANCE ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | 4:08CV3127 |
| V. | ) ) | |
| OPPLIGER FEEDERS, LLC, NORTH PLATTE LIVESTOCK FEEDERS, LLC, and SCOULAR COMPANY, THE, | ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

Plaintiff The Cooperative Finance Association has filed a motion (filing 61) requesting additional time in which to respond to Defendant Oppliger Feeders, LLC's motion for summary judgment (filing 57). I shall grant the motion.

IT IS ORDERED:

1. Plaintiff's motion (filing 61) requesting additional time in which to respond to Defendant Oppliger Feeders, LLC's motion for summary judgment (filing 57) is granted;

2. Plaintiff shall file its responsive brief and any evidentiary materials on or before June 10, 2009;

3. The Clerk of the United States District Court for the District of Nebraska shall adjust the court's computerized record-keeping system to change the "response due" date accordingly.

May 12, 2009.

                                BY THE COURT:
                                s/*Richard G. Kopf*
                                United States District Judge